IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PITTSBURGH MACK SALES & SERVICE, INC. d/b/a PITTSBURGH TRUCK CENTER<br><br>      Plaintiff,<br><br>      v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 66<br><br>      Defendant. | CIVIL ACTION NO. 2: 07-0092 |

## STIPULATION OF DISMISSAL

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the above-captioned case be dismissed as to all claims with prejudice, with all parties to bear their own costs.

| | |
|---|---|
| /s/ Richard I. Thomas | /s/ Joshua M. Bloom |
| Richard I. Thomas | Joshua M. Bloom, Esquire |
| Pa. I.D. No. 15956 | Pa. I.D. No. 78072 |
| James P. Thomas | Joshua M. Bloom & Associates, P.C. |
| Pa. I.D. 75960 | 1230 Grant Building |
| Pepper Hamilton LLP | 310 Grant Street |
| 500 Grant Street, 50th Floor | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | (412) 288-6000 |
| (412) 454-5000 | |
| | |
| Attorneys for Plaintiff | Attorney for Defendant |

Dated: January 11, 2010

SO ORDERED, this 11th day of January, 2010.

_____, J.

Hon. Gary L. Lancaster, Chief U.S. District Judge